[No. 13975-4-I.  Division One.  July 15, 1985.]

PAGAN L. OLSON, ET AL, *Appellants, v.* BLUE CROSS
OF WASHINGTON AND ALASKA, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 82-2-09868-0, Robert E. Dixon, J., entered
December 22, 1982. *Affirmed* by unpublished opinion per

Webster, J., concurred in by Swanson, J., and Petrie, J. Pro Tem.